UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Edward A. Wonders | § | Case No. 13-38245 |
| Shari L. Wonders | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 24,760.00 |
| Total Distributions to Claimants: 483.20 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 30,485.28 | |

3) Total gross receipts of $ 66,091.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 35,122.69 (see **Exhibit 2**), yielded net receipts of $ 30,968.48 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 30,485.28 | 30,485.28 | 30,485.28 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 481.00 | 481.00 | 483.20 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 30,966.28 | $ 30,966.28 | $ 30,968.48 |

    4)  This case was originally filed under chapter 7 on  09/30/2013 .  The case was pending for 58 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/06/2018             By:/s/Zane L. Zielinski, Trustee
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Class Action Claim (Personal Injury) | 1242-000 | 66,091.17 |
| **TOTAL GROSS RECEIPTS** | | **$66,091.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Shari L. Wonders | Exemptions | 8100-002 | 19,000.00 |
| Edward A. Wonders and Shari L. Wonders | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 16,122.69 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 35,122.69** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 3,846.85 | 3,846.85 | 3,846.85 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 58.35 | 58.35 | 58.35 |
| International Sureties, LTD. | 2300-000 | NA | 9.42 | 9.42 | 9.42 |
| Associated Bank | 2600-000 | NA | 70.22 | 70.22 | 70.22 |
| Andrus Wagstaff P.C. | 3210-000 | NA | 20,926.78 | 20,926.78 | 20,926.78 |
| Andrus Wagstaff P.C. | 3220-000 | NA | 2,269.16 | 2,269.16 | 2,269.16 |
| Common Benefit Fund | 3220-000 | NA | 3,304.50 | 3,304.50 | 3,304.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 30,485.28 | $ 30,485.28 | $ 30,485.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Illinois Valley Radiology | 7100-000 | NA | 257.00 | 257.00 | 257.00 |
| 2 | U.K. Sinha Md,Ms | 7100-000 | NA | 224.00 | 224.00 | 224.00 |
|  | Illinois Valley Radiology | 7990-000 | NA | NA | NA | 1.18 |
|  | U.K. Sinha Md,Ms | 7990-000 | NA | NA | NA | 1.02 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 481.00 | $ 481.00 | $ 483.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-38245 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Edward A. Wonders | | | | | Date Filed (f) or Converted (c): | 09/30/2013 (f) |
| | Shari L. Wonders | | | | | 341(a) Meeting Date: | 11/14/2013 |
| For Period Ending: | 07/06/2018 | | | | | Claims Bar Date: | 10/24/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Savings account - Streator Onized | 100.00 | 100.00 | | 0.00 | FA |
| 2. Misc household goods, furniture & furnishings | 800.00 | 800.00 | | 0.00 | FA |
| 3. Wearing Apparel | 60.00 | 60.00 | | 0.00 | FA |
| 4. 401(k) - Tyson | Unknown | 0.00 | | 0.00 | FA |
| 5. Class Action Claim (Personal Injury) (u) | Unknown | 0.00 | | 66,091.17 | FA |
| 6. 1999 Chevrolet | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7. 1978 Yamaha motorcycle | 500.00 | 500.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $2,960.00           $2,960.00           $66,091.17           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is waiting for distribution of approximately $66,000 in settlement of personal injury matter.

RE PROP #          5    --    Shari Wonders has a pending products liability case.

Initial Projected Date of Final Report (TFR): 04/30/2017          Current Projected Date of Final Report (TFR): 12/31/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-38245 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Edward A. Wonders | Bank Name: Associated Bank |
| Shari L. Wonders | Account Number/CD#: XXXXXX2377 |
| | Checking |
| Taxpayer ID No: XX-XXX8237 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/06/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/18/17 | | Andrus Wagstaff | Settlement Funds | | $26,365.20 | | $26,365.20 |
| | | | Gross Receipts  $52,865.64 | | | | |
| | | Andrus Wagstaff P.C. | Attorney Fees  ($20,926.78) | 3210-000 | | | |
| | | Andrus Wagstaff P.C. | Attorney Expenses  ($2,269.16) | 3220-000 | | | |
| | | Common Benefit Fund | ($3,304.50) | 3220-000 | | | |
| | 5 | | Class Action Claim (Personal Injury)  $52,865.64 | 1242-000 | | | |
| 12/21/17 | 5001 | Shari L. Wonders | Exemption Payments | 8100-002 | | $19,000.00 | $7,365.20 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,355.20 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.94 | $7,344.26 |
| 02/14/18 | 5 | Colorado Lawyer Trust Account - Andrus Wagstaff P.C.<br>7171 West Alaska Drive<br>Lakewood, CO 80226 | Remaining settlement funds | 1242-000 | $13,225.53 | | $20,569.79 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.74 | $20,551.05 |
| 03/08/18 | 5002 | International Sureties, LTD.<br>Suite 420<br>701 Pydras Street<br>New Orleans, LA 70139 | Yearly Bond | 2300-000 | | $9.42 | $20,541.63 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.54 | $20,511.09 |

| | | Page Subtotals: | $39,590.73 | $19,079.64 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 13-38245 | Trustee Name: | Zane L. Zielinski, Trustee | |
| Case Name: | Edward A. Wonders | Bank Name: | Associated Bank | |
| | Shari L. Wonders | Account Number/CD#: | XXXXXX2377 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8237 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 07/06/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/18 | 5003 | Trustee Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $3,905.20 | $16,605.89 |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($3,846.85) | 2100-000 | | | |
| | | Trustee Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($58.35) | 2200-000 | | | |
| 06/01/18 | 5004 | Illinois Valley Radiology<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $258.18 | $16,347.71 |
| | | | ($1.18) | 7990-000 | | | |
| | | Illinois Valley Radiology | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($257.00) | 7100-000 | | | |
| 06/01/18 | 5005 | U.K. Sinha Md,Ms<br>C/O Collection Professionals Inc.<br>723 First St.<br>Lasalle, Il 61301 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $225.02 | $16,122.69 |
| | | | ($1.02) | 7990-000 | | | |
| | | U.K. Sinha Md,Ms | Final distribution to claim 2 representing a payment of 100.00 % per court order. ($224.00) | 7100-000 | | | |
| 06/01/18 | 5006 | Edward A. Wonders and Shari L. Wonders | Distribution of surplus funds to debtor. | 8200-002 | | $16,122.69 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $39,590.73 | $39,590.73 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $39,590.73 | $39,590.73 |
| Less: Payments to Debtors | $0.00 | $35,122.69 |
| Page Subtotals: | $0.00 | $20,511.09 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Net $39,590.73    $4,468.04

Exhibit 9

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2377 - Checking | $39,590.73 | $4,468.04 | $0.00 |
|  | $39,590.73 | $4,468.04 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $26,500.44 |
| Total Net Deposits: | $39,590.73 |
| Total Gross Receipts: | $66,091.17 |

Page Subtotals:   $0.00   $0.00